IN THE MIDDLE DISTRICT OF THE
UNITED STATES COURTS OF HARRISBURG
PENNSYLVANIA FEDERAL DISTRICT COURT
6/27/05

1:01-CR-18

1:04-CV-2036

To: The Honorable Judge Sylvia H. Rambo.

Dear Judge Rambo Im writting in concerns of my Pro-se § 2255 motion that was filed a few months ago. I would like to know the status of my action, and or may my case or motion be on a list awaiting review.

Im not an attorney and I do not have the knowledge of one. I previously requested help as to have an attorney assist me in this great matter, but I have not recieved a response nor have I heard any response as to my Pro-se § 2255 motion.

Conclusion I would like for you to have the courts appoint me an attorney to assist me in this matter. I would also request that I recieve an update on my status of my § 2255 motion. Thank you.

Respectfully Submitted,

Geovani Davila
6/27/05

FILED
HARRISBURG, PA
JUL 05 2005
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

Geovani Davila - 54626-066
Federal Correctional Institution
Gilmer P.O. Box 6000
Glenville W.V. 26351-6000

To: Honorable Judge, Sylvia H. Rambo
U.S. CourtHouse
228 Walnut Street
P.O. Box 983
Harrisburg, P.A. 17108

Legal mail