UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
----------------------------------x

GEOVANI DAVILA,
        Petitioner,

v.

UNITED STATES OF AMERICA,
        Respondent,

----------------------------------x

FILED
HARRISBURG, PA
JUL 18 2005
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

CIVIL ACTION NO.
(criminal #01cr018)

MOTION TO REQUEST DISCOVERY

    COMES NOW, GEOVANI DAVILA, petitioner pro se, at FCI Beckley, files this motion to request for discovery under Rule 6 of §2255 habeas corpus.

    Petitioner request the leave of this court to demand that the Special Assistant United States Attorney, Mr. Steve Snook, the Mifflin DA, to produce for inspection a copy of the documents of his appointment as SAuSA and the oath of office administered thereof. Petitioner request this document insupport of the allegation contained in his §2255 motion to vacate sentence, because the SAUSA was acting without jurisdiction at the prosecution of petitioner.

    Wherefore, petitioner prays that leave for production of discovery be granted.

Respectfully Submitted,

*Geovani Davila*
Geovani Davila

# PROOF OF SERVICE

I certify that on July 14, 2005 (date) I mailed a copy of this brief and all attachments via first class mail to the following parties at the addresses listed below:

```
Gordon A.D. Zubrod
Assistant US Attorney
Federal Bldg. Room 217
228 Walnut Street
Harrisburg, PA 17108.
```

# PROOF OF SERVICE FOR INSTITUTIONALIZED OR INCARCERATED LITIGANTS

In addition to the above proof of service all litigants who are currently institutionalized or incarcerated should include the following statement on all documents to be filed with this Court:

I certify that this document was given to prison officials on 7-14-2005 (date) for forwarding to the Court of Appeals. I certify under penalty of perjury that the foregoing is true and correct. 28 U.S.C. §1746.

_____
Signature

Dated: July 14, 2005