UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
----------------------------------x

GEOVANI DAVILA,
        Petitioner,

    v.                                CIVIL ACTION NO.
                                   (Crim.#01cr018)
UNITED STATES OF AMERICA,
        Respondent,

----------------------------------x

FILED
HARRISBURG, PA
JUL 18 2005
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

MOTION FOR APPOINTMENT OF COUNSEL
AND PRIVATE INVESTIGATOR

COMES NOW, GEOVANI DAVILA, petitioner pro se, files this motion for appointment of counsel and a private investigator for his §2255 habeas corpus petition. Petitioner basis this request on the grounds set forth below.

1. Petitioner has filed a §2255 petition to vacate, set aside or correct sentence of a federal prisoner incustody.

2. Petitioner has a learning disability and a hearing disability that is impairing his ability to prosecute this case that was filed with the assistance of another prisoner.

3. Petitioner's §2255 contained serious allegation that will require the assistance of counsel and anprivate investigatorfor the purpose of interviewing the surviving Lewistown drug addicts over the events of November 24, 2000, and to recover certain documentations relating to medical autopsy and the DA's records of appointment

as a Special Assistant United States Attorney (SAUSA).

4. Petitioner's believes that the allegation set forth in his §2255 motion is meritorous and demands the attention of a legal expert and professional since some of the issues contained are still undergoing developments in the federal courts.

Wherefore, petitioner prays that this motion for appointment of counsel and a private investigator be granted to assistance in the prosecution of his §2255 habeas corpus petition.

Respectfully Submitted,

_____
Geovani Davila
#54826-066
FCI Beckley
P.O. Box 1280
Beaver, WV 25813.

Dated July 14, 2005

# PROOF OF SERVICE

I certify that on July 14, 2005 (date) I mailed a copy of this brief and all attachments via first class mail to the following parties at the addresses listed below:

```
Gordon A.D. Zubrod
Assistant US Attorney
Federal Bldg. Room 217
228 Walnut Street
Harrisburg, PA 17108.
```

# PROOF OF SERVICE FOR INSTITUTIONALIZED OR INCARCERATED LITIGANTS

In addition to the above proof of service all litigants who are currently institutionalized or incarcerated should include the following statement on all documents to be filed with this Court:

I certify that this document was given to prison officials on 7-14-20 (date) for forwarding to the Court of Appeals. I certify under penalty of perjury that the foregoing is true and correct. 28 U.S.C. §1746.

_____
Signature

Dated: July 14, 2005