IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 1:CR-01-018 |
| | ) | |
| v. | ) | |
| | ) | (Judge Rambo) |
| GEOVANI DAVILA, | ) | |
| | ) | |
| Defendant. | ) | (ELECTRONICALLY FILED) |

## CERTIFICATE OF CONCURRENCE

In accordance with Local Rule 7.1, I hereby certify that I contacted counsel for defendant to seek his concurrence in the foregoing Motion. Mr. Boyle, counsel for defendant Geovani Davila, concurs in this motion and the relief sought.

/s/ Gordon A.D. Zubrod
GORDON A.D. ZUBROD
Assistant U.S. Attorney
228 Walnut Street
Harrisburg, PA 17108
Phone: (717) 221-4482
Fax: (717) 221-2246
Gordon.Zubrod@usdoj.gov
PA 20792