IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 1:CR-01-018 |
| | ) | |
| v. | ) | |
| | ) | (Judge Rambo) |
| GEOVANI DAVILA, | ) | |
| | ) | |
| Defendant. | ) | (ELECTRONICALLY FILED) |

## ORDER

AND NOW, this _____ day of September, 2005, upon Motion of the United States, counsel for the Petitioner concurring, it is hereby ORDERED that the United States' Brief in Opposition to the above-captioned Motion is due not later than September 20, 2005.

                                                                     _____
                                                                     SYLVIA H. RAMBO
                                                                     United States District Judge