IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 1:CR-01-018 |
| | ) | |
| v. | ) | |
| | ) | (Judge Rambo) |
| GEOVANI DAVILA, | ) | |
| | ) | |
| Defendant. | ) | (ELECTRONICALLY FILED) |

## ORDER

AND NOW, this  7th   day of September, 2005, upon Motion of the United States, counsel for the Petitioner concurring, it is hereby ORDERED that the United States' Brief in Opposition to the above-captioned Motion is due not later than September 20, 2005.

 /s/ Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge