IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 1:CR-01-018 |
| | ) | |
| v. | ) | |
| | ) | (Judge Rambo) |
| GEOVANI DAVILA, | ) | |
| | ) | |
| Defendant. | ) | (ELECTRONICALLY FILED) |

UNITED STATES' CONCURRED-IN MOTION
TO FILE BRIEF CONTAINING MORE THAN 5,000 WORDS

COMES NOW, the United States of America, through its attorneys, Thomas A. Marino, United States Attorney for the Middle District of Pennsylvania, and Gordon A.D. Zubrod, Assistant United States Attorneys, and moves the Court for permission to file a brief containing more than 5,000 words. In support of this Motion, the United States alleges the following:

1) The defendant filed a Motion to Vacate, Set Aside or Correct Sentence.

2) The United States' brief in opposition to that motion exceeds the 5,000-word limit set forth in Local Rule 7.8(b) by 2,231 words;

3) To adequately address all of the nine issues raised by the defendant, the United States submits that it is necessary to exceed the 5,000-word limit imposed by L.R. 7.8(b);

4) Undersigned counsel has contacted defense counsel, Dennis E. Boyle, Esquire, and discussed the subject of the instant motion, and Mr. Boyle concurs in the United States' motion and the relief sought.

For these reasons, the United States requests that the Court grant its Motion to File Brief Containing More Than 5,000 Words. In accordance with Local Rule 7.5, no brief is being submitted in support of this Motion because the motion has the concurrence of counsel and the reasons for the motion are fully set forth.

Respectfully submitted,

THOMAS A. MARINO
UNITED STATES ATTORNEY

By:   /s/ Gordon A.D. Zubrod
GORDON A.D. ZUBROD
ASSISTANT U.S. ATTORNEY
P.O. Box 11754
HARRISBURG, PA  17108-1754
Phone:  717-221-4482
Fax:  717-221-2246
gordon.zubrod@usdoj.gov
PA20792

Dated: September 19, 2005

## CERTIFICATE OF SERVICE

In accordance with Local Rule 7.2, I hereby certify that I served the foregoing UNITED STATES' CONCURRED-IN MOTION TO FILE BRIEF CONTAINING MORE THAN 5,000 WORDS on opposing counsel by causing a copy of the motion to be electronically filed.

                                                Respectfully submitted,

                                                THOMAS A. MARINO
                                                UNITED STATES ATTORNEY

By:    /s/ Gordon A.D. Zubrod
        GORDON A.D. ZUBROD
        ASSISTANT U.S. ATTORNEY
        P.O. Box 11754
        Harrisburg, PA  17108-1754
        Phone:  717-221-4482
        Fax:  717-221-2246
        gordon.zubrod@usdoj.gov
        PA20792

Dated:  September 19, 2005