<u>CERTIFICATE OF CONCURRENCE</u>

In accordance with Local Rule 7.1, I hereby certify that I contacted Dennis E. Boyle, Esquire, counsel for the defendant, to seek his concurrence in the foregoing motion. Mr. Boyle concurs in this motion and the relief sought.

                                  Respectfully submitted,

                                  THOMAS A. MARINO
                                UNITED STATES ATTORNEY

By:   /s/ Gordon A.D. Zubrod
        GORDON A.D. ZUBROD
        ASSISTANT U.S. ATTORNEY
        P.O. Box 11754
        Harrisburg, PA  17108-1754
        Phone:  717-221-4482
        Fax:  717-221-2246
        gordon.zubrod@usdoj.gov
        PA20792