IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    )        CR. NO. 1:CR-01-018
                            )
            v.              )
                            )        (Judge Rambo)
GEOVANI DAVILA,             )
                            )
            Defendant.      )        (ELECTRONICALLY FILED)


## EXHIBITS IN SUPPORT OF BRIEF OF UNITED STATES IN OPPOSITION TO PETITIONER'S MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY


Thomas A. Marino
UNITED STATES ATTORNEY

Gordon A.D. Zubrod
ASSISTANT U.S. ATTORNEY

# TABLE OF CONTENTS

ATTACHMENT A –    AFFIDAVIT OF ASSISTANT FEDERAL PUBLIC
                  DEFENDER THOMAS A. THORNTON

ATTACHMENT B –    REMOVAL TO CHARGING DISTRICT

ATTACHMENT C –    STEVE SNOOK, THE DISTRICT ATTORNEY FOR
                  MIFFLIN COUNTY, PENNSYLVANIA,
                  APPOINTMENT LETTER

ATTACHMENT D –    PROBABLE CAUSE AFFIDAVIT (SA MARK
                  ANDRASI)

# ATTACHMENT A

AFFIDAVIT OF ASSISTANT FEDERAL
PUBLIC DEFENDER THOMAS A. THORNTON

I was appointed to represent Geovani Davila in all proceedings before the district court. Mr. Davila had numerous physical ailments. I recall he was hard of hearing in one ear. I met with Mr. Davila on numerous occasions. While I spoke loudly to help him hear, we did not have any trouble communicating. Mr. Davila heard and understood the court during the plea and sentencing. I did not gesture to Mr. Davila, nor tell him what to say during his colloquy with the court.

Mr. Davila proposed an alibi defense in that he asserted that he lived with his mother and not at the address where the heroin was sold. Although he did admit that he frequented the room and home where the heroin was sold. Mr. Davila gave us the name of his mother and sister to support his alibi claim. Upon investigation it was determined that neither witness could support Mr. Davila's claim of alibi. Mr. Davila also insisted that we not call his mother or other witnesses to testify due to health problems.

The foregoing statement is true and correct to the best of my knowledge and belief.

Dated:

THOMAS A. THORNTON
ASSISTANT FEDERAL PUBLIC DEFENDER
MIDDLE DISTRICT OF PENNSYLVANIA

# ATTACHMENT B

cc: Cf, USA, USP, US, Dept, PTS)

Gordon &

January 25, 2001

**FILED**
HARRISBURG, PA
*Removal papers*
JAN 3 0 2001

U.S. District Court
P.O. Box 983
Harrisburg, PA 17108-0983

1:01CR018

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

RE:  USA v. JOHN DOE
01-64-M

Dear Clerk:

We herewith enclose the original record, together with a certified copy of the docket entries, in the above captioned case which has been transferred to your District pursuant to Order of the Court.

Kindly acknowledge receipt on the copy of the letter provided.

Very truly yours,

MICHAEL E. KUNZ
Clerk of Court

By: _____
Anne L. Rea, Deputy Clerk

---

Received above material or record file this    day of    ,

RECEIVED

JAN 3 0 2001

PER _____ Signature: _____ CLERK
HARRISBURG PA    Date:

crf1

CLOSED

U.S. District Court
U.S. District Court of Eastern Pennsylvania (Philadelphia)

CRIMINAL DOCKET FOR CASE #: 01-M -64-1

USA v. JOHN DOE                                                 Filed: 01/24/01
Case Assigned to:  Judge Unassigned
Dkt# in other court: None

JOHN DOE                          DEF. ASSOC.
aka                                 [term  01/25/01]
GIOVANNI                          FAX 215-925-4024
aka                                 [COR LD NTC pda]
JOVANTE                           THE CURTIS CENTER BUILDING
    DEFENDANT                     SUITE 540 WEST
    [term  01/25/01]              INDEPENDENCE SQUARE WEST
                                  PHILADELPHIA, PA 19106


Pending Counts:

    NONE


Terminated Counts:

    NONE


Complaints                          Disposition

Conspiracy to distribute
heroin in an overdose death.


Docket as of January 25, 2001 2:16 pm                    Page 1

TRUE COPY CERTIFIED TO FROM THE RECORD
DATED : 1 - 25 - 0
ATTEST :
DEPUTY CLERK, UNITED STATES DISTRICT COURT

```
Proceedings include all events.
2:01m 64-1 USA v. JOHN DOE                                        CLOSED

JOHN DOE, also known as GIOVANNI, also known as JOVANTE

          DEFENDANT


==========================

USA

          PLAINTIFF


U. S. Attorneys:

  CRAIG D. MARGOLIS
  [COR LD NTC]
  UNITED STATES ATTORNEY'S OFFICE
  615 CHESTNUT STREET
  SUITE 1250
  PHILA, PA 19106-4476
  USA
  TEL 215-861-8311
```

Proceedings include all events.
2:01m 64-1 USA v. JOHN DOE                                    CLOSED

1/24/01  --    Arrest (Rule 40)of JOHN DOE received from USDC for the
               Middle District of Pennsylvania. (rs) [Entry date 01/25/01]

1/24/01  1     ORDER APPOINTING DEFENDERS ASSOCIATION OF PHILADELPHIA for
               JOHN DOE . ( SIGNED BY MAGISTRATE JUDGE JAMES R. MELINSON
               ),  1/25/01 ENTERED AND COPIES MAILED AND FAXED. (rs)
               [Entry date 01/25/01]

1/24/01  2     CJA 23 Financial Affavidit by JOHN DOE  . (rs)
               [Entry date 01/25/01]

1/24/01  --    Initial appearance as to JOHN DOE  HELD  (Defendant
               informed of rights.) (rs) [Entry date 01/25/01]

1/24/01  3     Minute entry as to JOHN DOE re:  No Bail set, Deft. ordered
               detained pending removal to Middle district of Pa.. (JRM)
               (rs) [Entry date 01/25/01]

1/24/01  4     Waiver of Rule 40 Hearings by JOHN DOE. (rs)
               [Entry date 01/25/01]

1/24/01  5     ORDER THAT THE DEFT. BE DETAINED PENDING REMOVAL TO THE
               MIDDLE DISTRICT OF PA.. THE CLERK IS DIRECTED TO TRANSMIT
               ALL ORIGINAL DOCUMENTS TO MIDDLE DISTRICT OF PA. ( SIGNED
               BY MAGISTRATE JUDGE JAMES R. MELINSON ), 1/24/01 ENTERED
               AND COPIES MAILED AND FAXED. (rs) [Entry date 01/25/01]

1/25/01  --    Original record together with certified copy of docket
               entries as to JOHN DOE forwarded to  District MIDDLE
               DISTRICT OF PENNSYLVANIA. (ar) [Entry date 01/25/01]

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO. |
| | : | |
| v. | : | |
| | : | |
| JOHN DOE a/k/a Giovanni a/k/a Jovanti | : | 01-64-M-1 |
| a/k/a Giovani Davila | : | |

F I L E D

JAN 2 4 2001

Mic___ E. Kunz, Clerk

by_____ Dep. Clerk

**FINDINGS AND ORDER OF REMOVAL**

AND NOW, this 24th day of January, 2001, upon application of the United States,

the defendant having waived a hearing thereon, it is hereby

**ORDERED**

that the defendant, JOHN DOE a/k/a Giovanni a/k/a Jovanti a/k/a Giovani Davila, be

DETAINED PENDING REMOVAL in the above case to the Middle District of Pennsylvania,

pursuant to Federal Rule of Criminal Procedure 40(f).

The Clerk of Court is directed to transmit all original documents to the Middle

District of Pennsylvania.

BY THE COURT:

JAMES R. MELINSON
CHIEF UNITED STATES MAGISTRATE JUDGE

cc: USM - C. Maggabis, Defender

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## BAIL STATUS SHEET - Initial Appearance (Rule 40)

**JAMES R. MELINSON**
**CHIEF U.S. MAGISTRATE JUDGE**

DATE: 1/24/01

ESR Operator: Jerry LaRosa

UNITED STATES OF AMERICA

       v.

    :
    :
    :
    :
    :
    :
    :

Craig Margolis
Assistant U.S. Attorney

Criminal No.

Magistrate No. 01-64-M

**FILED**
2 4 2001

JOHN DOE a/k/a Giovanni a/k/a Jovanti
    Defendant

MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

Michael Kelly (Def.)
Defense Counsel

After hearing held this day pursuant to the Federal Rules of Criminal Procedure, Rule 40, or after hearing pursuant to defendant's motion, the bail status as to the above-named defendant is as follows:

No Bail is SET - Defendant ordered detained pending removal to the Middle District of Pa.

Bail is reduced to $

Other Change or Conditions:

PLEA: NOT GUILTY TO COUNT(S)

BY:

Patricia M. Furlong, Esquire
Clerk

**No** *INTERPRETER REQUIRED*

Cr 21 (3/81)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | |
| | : | |
| John Doe a/k/a Govanni a/k/a Jovanti | : | 01-64-M |
| Giovani Davila  - true name | : | |

**O R D E R**

FILED

2 4 2001

AND NOW, to wit, this 24th day of January, 2001, the above-named defendant
having been examined and testified under oath or has otherwise satisfied the Court that he or she:
(l) is financially unable to obtain representation by counsel, and (2) does not wish to waive
counsel, and because the interests of justice so require, it is

ORDERED that Defender Association of Philadelphia, Federal Court Division, is
hereby appointed pursuant to Title 18, § 3006A to represent said defendant in the above matter,
said appointment shall remain in effect until terminated or a substitute attorney is appointed.

_____
**JAMES R. MELINSON**
CHIEF U.S. MAGISTRATE JUDGE

or    BY ORDER OF THE COURT

Clerk

DEFENDANT'S ADDRESS:
(in federal custody)

**FINANCIAL AFFIDAVIT**

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE · ☐ DISTRICT · ☒ APPEALS COURT or · ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |
|---|---|---|
| IN THE CASE OF | | |

IN THE CASE OF _____ vs _____

FOR _____

AT _____

LOCATION NUMBER: 2

| PERSON REPRESENTED (Show your full name) | | DOCKET NUMBERS |
|---|---|---|

PERSON REPRESENTED (Show your full name): DAVILA, GIOVANI

CHARGE/OFFENSE (describe if applicable & check box → ☒ Felony / ☐ Misdemeanor)

1 ☒ Defendant – Adult
2 ☐ Defendant – Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

Magistrate: 01-64-m
District Court: _____
Court of Appeals: _____

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**

Are you now employed? ☐ Yes ☒ No ☐ Am Self Employed

Name and address of employer: _____

IF YES, how much do you earn per month? $ _____

IF NO, give month and year of last employment. How much did you earn per month? $ _____

If married is your Spouse employed? ☐ Yes ☐ No

IF YES, how much does your Spouse earn per month? $ _____

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES

RECEIVED: _____  SOURCES: _____

**CASH**

Have you any cash on hand or money in savings or checking account ☐ Yes ☒ No IF YES, state total amount $ _____

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No

IF YES, GIVE THE VALUE AND DESCRIBE IT

VALUE: _____  DESCRIPTION: _____

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS:
☐ SINGLE
☐ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED

Total No. of Dependents: 0

List persons you actually support and your relationship to them: _____

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| Rent | | $ | $ 200 |
| Bills | | $ | $ 1400 |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date): 01/24/01

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): Giovani Davila

AO 466 (1/86) Waiver of Rule 40 Hearings

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA       :   **WAIVER OF RULE 40 HEARINGS**
                                     :   **(Excluding Probation Cases)**

            vs.                :

JOHN DOE, a/k/a Giovanni, a/k/a Jovante   :   CASE NO. 01-64-M

**F I L E D**

**2 4 2001**

Michael E. Kunz, Clerk

By _____ Dep. Clerk

I, _GAOVANI DAVILA_____, understand that in the Middle District of
Pennsylvania , charges are pending alleging violation of 21:846,841(a)(1) and (b)(1)(c)    and
that I have been arrested in this District and taken before a United States Magistrate Judge, who
informed me of the charge and of my right to:

      (1) retain counsel or request assignment of counsel if I am unable to retain
counsel, (2) request transfer of the proceedings to this district pursuant to Rule 20, Fed. R. Crim.
P., in order to plead guilty, (3) an identity hearing to determine if I am the person named in the
charge, and (4) a preliminary examination (unless an indictment has been returned or an
information filed) to determine whether there is probable cause to believe an offense has been
committed by me, the hearing to be held either in this district or the district of prosecution.

      I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

(   )       identity hearing

(   )       preliminary examination

(✓)       identity hearing and have been informed I have no right to a preliminary
            examination

(   )       identity hearing but request a preliminary examination
            to be held in the prosecuting district

and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting
district where the charge is pending against me.

                                  _____
                                   Defendant

  1/24/01                         _____
    Date                               Defense Counsel

01-64-M

AO 442 (Rev.-5/93) Warrant for Arrest

~~~~~~~~~ ~~~
COPY

# United States District Court

## MIDDLE DISTRICT OF PENNSYLVANIA

### UNITED STATES OF AMERICA

**v.**

### JOHN DOE, a/k/a Giovanni, a/k/a Jovante

### WARRANT FOR ARREST

CASE NUMBER: 1:CR-01-018

Judge Sylvia H. Rambo

01-64-m

## FILED

JAN 2 4 2001

Michael ~~~~, Clerk

By _____ Dep. Clerk

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest   JOHN DOE, a/k/a Giovanni, a/k/a Jovante

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with Conspiracy to distribute heroin, resulting in an overdose death

in violation of Title 21  United States Code, Section(s) 846, 841(a)(1) and (b)(1)(C)

Mary E. D'Andrea
Name of Issuing Officer

Signature of Deputy Clerk

Clerk, U.S. District Court
Title of Issuing Officer

January 17, 2001 at Harrisburg, PA
Date and Location

Bail fixed at $ _____        by _____
                                          Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

DATE RECEIVED          NAME AND TITLE OF ARRESTING OFFICER        SIGNATURE OF ARRESTING OFFICER

DATE OF ARREST

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

V.

JOHN DOE, a/k/a "GIOVANNI",
a/k/a "JOVANTE"

CR. NO. 1:CR-01-018

( Ramos )

FILED
HARRISBURG, PA
JAN 1 7 2001
MARY E. D'ANDREA, CLERK
Per_____ Deputy Clerk

### ORDER FOR WARRANT

AND NOW, this _17_ day of _January_, 2001, upon request of David M. Barasch, United States Attorney for the Middle District of Pennsylvania, it is hereby

ORDERED that a Warrant be issued for the arrest of the above-named Defendant, JOHN DOE, a/k/a "GIOVANNI", a/k/a "JOVANTE", and a United States Magistrate is authorized and directed to conduct a hearing, under the Bail Reform Act of 1984 for the purpose of determining what bail, if any, is necessary in order to insure the presence of the Defendant in this case.

IT IS FURTHER ORDERED that at the time service of the Warrant is made, the United States Marshal also serves upon the Defendant a certified copy of the Indictment in the above-named case.

U.S. DISTRICT COURT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA  )   CRIMINAL NO. 1:CR-$01$-$01$ $\chi$
                          )
            v.            )        J. RAMBO
                          )
JOHN DOE, a/k/a           )
"GIOVANNI",               )
a/k/a "JOVANTE"           )

**FILED**
**HARRISBURG, PA**

**INDICTMENT**                    JAN 1 7 2001

**MARY E. D'ANDREA, CLERK**
Per _____
           Deputy Clerk

**COUNT I**

Conspiracy to distribute heroin, resulting in an overdose death

THE GRAND JURY CHARGES THAT:

1. Beginning on or about dates unknown to the Grand Jury and continuing up through on or about December, 2000, in Mifflin County, within the Middle District of Pennsylvania, and elsewhere the defendant

**JOHN DOE, a/k/a "GIOVANNI", a/k/a "JOVANTE"**

along with individuals known and unknown to the Grand Jury, knowingly and intentionally combined, conspired, confederated and agreed together to knowingly and intentionally distribute, and possess with intent to distribute, heroin, a Schedule I controlled substance.

2. In furtherance of this conspiracy and to attain the objects thereof the defendant and his co-conspirators engaged in, and aided and abetted in, numerous distributions of heroin including a distribution of heroin on or about November 24, 2000, which distribution resulted in the death of an individual in Mifflin County Pennsylvania as a result of the use of the heroin.

Certified from the record
Date ___1-17-01___
Mary E. D'Andrea, Clerk
Per _____
        Deputy Clerk

All in violation of Title 21, United States Code, Sections 846, 841(a)(1) and (b)(1)(C).

A TRUE BILL

FOREPERSON,
Grand Jury

Date

DAVID M. BARASCH
United States Attorney

DMB:GADZ:all

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

JOHN DOE, a/k/a "GIOVANNI",
a/k/a "JOVANTE"

CRIMINAL NO. 1:CR-01-018

( Rambo , J.)

FILED
HARRISBURG, PA
JAN 1 7 2001
MARY E. D'ANDREA
Per _____
Deputy Clerk

ORDER

IT IS ORDERED that the Clerk of Court provide the United States

Attorney's Office with two (2) certified copies of the accompanying

documents and thereafter keep these documents from public view until

the Clerk has made appropriate docket entries.

IT IS FURTHER ORDERED that these documents only be opened by

appropriate Court personnel of the Middle District of Pennsylvania

in due course of performing the business of the Clerk's Office,

after which the Clerk is ordered to seal this Order and all

accompanying documents until:

    [ ]    Notified in writing by the United States
           Attorney's Office that there is no longer any
           reason for the documents to remain sealed;

    [ ]    Further Order of the Court; or

[✓] The person(s) named in these documents (has) (~~all have~~) been arrested. If there ~~is a~~ continued need for the documents to remain sealed after arrest, the United States Attorney's Office shall file a motion to that effect and a proposed order.


_____
[✓] UNITED STATES DISTRICT JUDGE
[ ] UNITED STATES MAGISTRATE JUDGE


Date: ___1/17/01___

# ATTACHMENT C

**U.S. Department of Justice**

*Thomas A. Marino*
*United States Attorney*
*Middle District of Pennsylvania*

---

*William J. Nealon Federal Building*
*Suite 311*
*235 N. Washington Avenue*
*P.O. Box 309*
*Scranton, PA  18501-0309*
*(570) 348-2800*
*FAX (570) 348-2816/348-2830*

*Harrisburg Federal Building and*
*Courthouse,  Suite 220*
*228 Walnut Street*
*P.O. Box 11754*
*Harrisburg, PA  17108-1754*
*(717) 221-4482*
*FAX (717) 221-4582/221-2246*

*Herman T. Schneebeli Federal Building*
*Suite 316*
*240 West Third Street*
*Williamsport, PA  17701-6465*
*(570) 326-1935*
*FAX (570) 326-7916*

September 13, 2005

AUSA Gordon Zubrod
Harrisburg Federal Building
Suite 220
228 Walnut Street
Harrisburg, Pa 17108

Dear AUSA Zubrod:

I submit this letter to you to attest that Attorney Steven Snook was appointed as a Special Assistant United States Attorney to the Middle District of Pennsylvania effective June 4, 1999. SAUSA Snook's initial appointment expired June 4, 2000, at which time there was a break in his appointment.  However, he was re-appointed effective  December 6, 2000 and has been continuously appointed to the present date.

Listed below, I am providing you with a breakdown of SAUSA Snook's initial appointment and extensions.

|  | Effective Date | Expiration Date |
| --- | --- | --- |
| Initial appointment | June 4, 1999 | June 4, 2000 |
| Break in appointment | June 4, 2000 | Dec 6, 2000 |
| Appointment | Dec 6, 2000 | Nov 13, 2001 |
| Extension | Nov 14, 2001 | Nov 13, 2002 |
| Extension | Nov 14, 2002 | Nov 13, 2003 |
| Extension | Nov 14, 2003 | Nov 13, 2005 |

If you have any questions at all regarding this statement,  please contact me at (570)348-2807, ext 245.

Sincerely,

Christine Osborne
Human Resources Officer

NOTARIAL SEAL
KAREN M. MUSLOSKI, NOTARY PUBLIC
DURYEA BOROUGH, COUNTY OF LUZERNE
MY COMMISSION EXPIRES SEPTEMBER 25, 2006

9/13/05

# ATTACHMENT D

## PROBABLE CAUSE AFFIDAVIT

I, Mark D. Andrasi, am a Special Agent with the Drug Enforcement Administration, U.S.  Department of Justice and have been employed as such since August of 1991.  Your affiant under penalty of perjury, states the following facts to the court.

1.  In December 2000 your affiant initiated an investigation which targeted Geovani DAVILA, DOB-11/6/69, SSN 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 who during the investigation resided at 503 N.Dauphin St. 2$^{nd}$ floor rear, Philadelphia, PA. The investigation established that DAVILA was part of a heroin distribution organization, which was responsible for the distribution of heroin in the Middle District of Pennsylvania which ultimately resulted in several heroin induced overdoses in the area, including the death of Josh Woods on or about 24 November 2000.

2. During the course of the investigation, your affiant and other law enforcement officers interviewed numerous individuals to include: Martina Molek, William Corson, Robert Wheeler, John Snyder, Travis Musser and Mifflin County Drug Task Force CI-0101. During the aforementioned interviews, the individuals interviewed stated that they either spoke to DAVILA on the telephone or in person. None of the individuals interviewed stated that DAVILA had difficulty hearing or understanding them.

3. On 24 January 2001 your affiant and other law enforcement officers arrested DAVILA at his residence in Philadelphia, PA.

Prior to DAVILA's arrest, your affiant, Sgt. Jerry Deacon,

Officer Steve Hellmuth and TFO Joe Sorano knocked on the door of

DAVILA's residence, after several seconds DAVILA opened the door

and was taken into custody. After speaking to DAVILA for several

minutes, TFO Sorano and your affiant received written consent

from DAVILA to search his residence. After the discovery of

heroin in DAVILA's apartment, DAVILA asked that the search be

stopped. Following his arrest, DAVILA was transported to the DEA

Philadelphia office where he was advised of his rights by Trooper

Craig Snyder. DAVILA stated that he did not want to speak to

authorities without his attorney being present. During your

affiant's contact with DAVILA, DAVILA responded to all questions

he was asked and his answers were appropriate to the questions he

was asked.

   4. your Affiant states that under penalty of perjury the

above facts are true to the best of his knowledge information and

belief.


Mark D. Andrasi
Special Agent
Drug Enforcement Administration

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 1:CR-01-018 |
| | ) | |
| v. | ) | |
| | ) | (Judge Rambo) |
| GEOVANI DAVILA, | ) | |
| | ) | |
| Defendant. | ) | (ELECTRONICALLY FILED) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

That this 20th day of September, 2005, she served a copy of the attached

## EXHIBITS IN SUPPORT OF BRIEF OF UNITED STATES IN OPPOSITION TO PETITIONER'S MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

via electronic filing and/or by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Harrisburg, Pennsylvania.

Dennis E. Boyle, Esquire
1525 Cedar Cliff Drive
Camp Hill, PA 17011

/s/ Carol A. Manies
CAROL A. MANIES
Legal Assistant