IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 1:CR-01-018 |
| | ) | |
| v. | ) | |
| | ) | (Judge Rambo) |
| GEOVANI DAVILA, | ) | |
| | ) | |
| Defendant. | ) | (ELECTRONICALLY FILED) |

**O R D E R**

September 20 , 2005

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

The defendant filed a Motion to Vacate, Set Aside or Correct Sentence. Local Rule 7.8(b) limits briefs in excess of 15 pages to 5,000 words. The United States' brief opposing that motion contains 7,231 words, and it has filed a motion seeking permission to file the brief exceeding the word limit. The motion has the concurrence of counsel for the defendant. We will grant the motion.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. The United States' Motion to File Brief Containing More Than 5,000 Words is GRANTED

                                                  s/Sylvia H. Rambo
                                                  SYLVIA H. RAMBO
                                                  United States District Judge