IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | NO.: 1:01-CR-018 |
| : | |
| GEOVANI DAVILA : | JUDGE RAMBO |

## CERTIFICATE OF CONCURRENCE

I, Dennis E. Boyle, Esquire, hereby certify that I have contacted Assistant United States Attorney Gordon A.D. Zubrod, Esquire, and he stated that the Government would concur in the foregoing Motion for Extension to file Defendant's Response to the Government's Brief in Opposition to the Petitioner's Motion to Vacate, Set Aside or Correct Sentence and to Continue the Evidentiary Hearing Currently Scheduled for October 20, 2005.

/s/ Dennis E. Boyle
Dennis E. Boyle, Esquire

Dated: September 30, 2005