IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| v. | : NO.: 1:01-CR-018 |
| | : |
| **GEOVANI DAVILA** | : JUDGE RAMBO |

## ORDER

**AND NOW** this 3rd day of October, 2005, upon consideration of the Defendant's Motion for Extension of Time to File Response to the United States' Brief in Opposition to Petitioner's Motion to Vacate, Set Aside or Correct Sentence, said Motion is hereby GRANTED. Defendant's response shall be filed on or before November 5, 2005.

An evidentiary hearing in this matter shall be held at 10:00 a.m. on November 30, 2005.

BY THE COURT:

s/Sylvia H. Rambo
Sylvia H. Rambo, J.