**EXHIBIT LIST**

JUDGE RAMBO

Page 1 of 1

CASE NUMBER: 1:01-cr-18

USA v. Davila
2255 Motion Hearing

| Plaintiff | Defendant | Description of Item | Identified | Moved | Ruling | Witness |
|---|---|---|---|---|---|---|
| 1 | | Report of defense toxicologist | 11/30/05 | 11/30/05 | Admit | G. Davila |
| 2 | | Memorandum of Hang Lai | 11/30/05 | 11/30/05 | Admit | H. Lai |
| 3 | | | 11/30/05 | 11/30/05 | Admit | — |

FILED HARRISBURG

MARY E. D'ANDREA, DEPUTY CLERK