# EXHIBIT LIST

**JUDGE RAMBO**

Case: USA v. Davila — 2255 Motion Hearing

CASE NUMBER: 1:01-cr-18

Page 1 of 1

| Plaintiff | Defendant | Description of Item | Identified | Moved | Ruling | Witness |
|---|---|---|---|---|---|---|
| | 1 | Toxicologist Report | 11/30/05 | 11/30/05 | Admit | G. Davila |
| | 2 | Motion of defendant | 11/30/05 | 11/30/05 | Admit | G. Davila |
| | 3 | Motion of defendant | 11/30/05 | 11/30/05 | Admit | G. Davila |