I hereby certify and return that I partially executed the within Writ of Habeas Corpus ad (TEST) (Pros.) or Order by transporting the within named GEOVANI DAVELLA from the AIRLIFT to the DCP This 28 day of NOV 2005 USM REGAN

U. S. Marshal, M/D PA

By UPCHURCH DUSM

---

and the within Writ of Habeas Corpus (Pros.) or Order by transporting the within named GEOVANI DAVELLA DCP BOP AIRLIFT 5 day of DEC 2005 M. REGAN

U. S. Marshal, M/D PA

---

the within Writ of Habeas (Pros.) or Order by transporting the within named GEOVANI DAVELLA DCP 7 COURT FED COURT + RETURN 30 day of NOV 2005 USM REGAN

U. S. Marshal, M/D PA

DUSM

U.S. Department of Justice
United States Attorney
**Middle District of Pennsylvania**

Request of United States Attorney for Production of
Federal Prisoner in the Custody of the United States
Pursuant to Title 18, United States Code, Section
3621(d)

---

The United States Attorney for the **Middle** District of **Pennsylvania**, pursuant to 18 U.S.C. § 3621(d), does hereby request

the United States Marshal for the **Middle** District of **Pennsylvania**, or any other authorized officer, to produce one **GEOVANI**

**DAVILA, #54826-066**, now confined at FCI-Gilmer, in the custody of the warden or the person there in charge, before the:

[X] United States District Court                [ ] Debriefing/Conference

[ ] United States Grand Jury                     [ ] For Sentencing

at United States Courthouse, Federal Building, Harrisburg, Pennsylvania, on:

[ ] Forthwith

[X] NOVEMBER 30, 2005, at 10:00 a.m., or at any time thereafter as the United States Attorney or a federal Judge or Magistrate may

direct, so that said person may appear in accordance with law in the case styled:

**FILED**
**HARRISBURG, PA**

[X] United States of America v. Geovani Davila

[X] Ct. No. 1:CR-01-018

**DEC 0 8 2005**

[ ] In Re Grand Jury Proceedings No.

**MARY E. D'ANDREA, CLERK**
**Per** _____

If practicable the inmate should be produced in street clothes rather than prison garb, and after said person shall have appeared, to

return said person to the aforementioned custody as may be directed by the United States Attorney or a federal Judge or Magistrate.

SEAL OF
UNITED STATES ATTORNEY[1]

GORDON A.D. ZUBROD
Assistant United States Attorney Requesting the Production
of Prisoner in Custody
Telephone No. (717) 221-4482

Dated this ____ day of _____, 2005.

/s/ Thomas A. Marino
THOMAS A. MARINO
United States Attorney[2]

---

[1]This request is invalid without the raised seal of the United States Attorney.

[2]The signature of the United States Attorney approving the request is required. A Supervisory Assistant
United States Attorney delegated authority by the United States Attorney may sign for the United States Attorney
provided a letter of authorization is on file with the United States Marshal of the same district as the United States
Attorney.