OFFICE OF THE CLERK

**MARCIA M. WALDRON**
CLERK

**UNITED STATES COURT OF APPEALS**
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

TELEPHONE
215-597-2995

February 14, 2006

Mary E. D'Andrea, Clerk
Untied States District Court
P.O. Box 983
Harrisburg, PA 17108-0983

                Re:  USA v. Davila
                    (M.D. Pa. No. 1:01-cr-00018-SHR)

Dear Ms. D'Andrea:

      Pursuant to Rule 4(d), Federal Rules of Appellate Procedure, and Rule 3.4, Third Circuit Local Appellate Rules, we are forwarding the attached motion under 28 U.S.C. Section 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody which is being construed as a notice of appeal which was apparently filed with this office in error.  See Rule 3(a)(1), Federal Rules of Appellate Procedure and Rule 3.4, Third Circuit Local Appellate Rules.  **The notice was postmarked February 9, 2006 and should be docketed as of that date.**

      This document is being forwarded solely to protect the litigant's right to appeal as required by the Federal Rules of Appellate Procedure.  Upon receipt of the document, kindly process it according to your Court's normal procedures as soon as possible.  If your office has already received the same document, please disregard the enclosed copy to prevent duplication.

      Pursuant to Rule 3(a)(1), Federal Rules of Appellate Procedure, a notice of appeal must be filed with the Clerk of the District Court.  This Court may not act on an appeal until the notice has been docketed in the District Court and certified to this Court by the District Court Clerk.

      Thank you for your assistance in this matter.

                              Very truly yours,

                              Marcia M. Waldron, Clerk

                        By:  /s/Gayle Burr
                           Gayle Burr
                           Legal Assistant

Enclosure
cc:  Mr. Geovani Davila #54826-066 (w/out enclosure)
     FCI Gilmer
     P.O. Box 600
     Glenville, WV  26351

     Gordon A. Zubrod, Esq. (w/out enclosure)
     Office of United States Attorney
     228 Walnut Street
     Room 217, Federal Building
     Harrisburg, PA  17108