UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL No. 1:CR-01-018 </br> ) Rambo </br> Motion for Appeal of </br> Denial of Habeas Corpus </br> 2255 petition Dec 5, 2005 |
| v. | |
| GEOVANI DAVILA | |

FILED HARRISBURG, PA FEB 27 2006 MARY E. D'ANDREA, CLERK Per _____

__Motion For Extension of Time Requirement To File Appeal__

COMES NOW, Geovani Davila, petitioner pro se, who files this motion for extension of time to file a notice of appeal pursuant to Rule 4(d), Federal Rules of Appellate Procedure, and Rule 3.4, Third Circuit Local Appellate Rules. This appeal is of the District Courts Ruling on December 5th, 2005 which was not received by petitioner/defendant until Jan 30th 2006 during the preceding time defendant was in Oklahoma holdover status, jail awaiting transfer to his current confinement FCI Gilmer W.Va; he is forwarding to this Court a copy of the legal envelope that was



Pg 2

used by defendants court appointed Attorney to notify defendant his 2255 habeas corpus petition was denied on December 5, 2005, since petitioner/defendant was in transit during the thirty day required appeal time period, Required by this court, he should be Allowed to "file" his "notice of appeal," and have it accepted as timely due to the described circumstances. Further, since petitioner did not receive the 'notice of entry' of judgment within twenty one (21) days of its entry; he herein Request(s) the District Court to reopen the time for appeal. Petitioner/defendant is enclosing a photocopy of the legal mail envelope used by the court appointed Attorney Dennis E. Boyle postmarked Jan 26, 2006 and Received by petitioner on Jan 30th 2006.

For Just cause shown defendant request an extension on his appeal.

Notice:

Filed: February 22nd 2006
CC: Clerk of the Court
Attachment - Legal Envelope - Both sides

xSeal Giovanni Davila
Giovanni Davila #54826-066
FCI-Gilmer
P.O. Box 6000  C-1 # 116 L

Ref: Geovani Davila # 54826-066
FCI Gilmer
P.O. Box 6000 C-1 #116 L
Glenville, W.Va # 26351-6000

Feb 22nd 2006

Dear Clerk of the Court:

Enclosed please find evidence I believe indicates I did not receive this honorable's court decision until Jan 30th 2006 and ask my enclosed motion be considered.

X Geovani Davila

CONFIDENTIAL LEGAL MAIL



Dennis E. Boyle, Esquire
1525 Cedar Cliff Drive
Camp Hill, PA 17011-7707

TO:
Geovanni Davila #54826-066
FCI Gilmer
P. O. Box 6000
Glenville, WV 26351-6000

First Class Mail

FIRST · CLASS



**First Class Mail**



**First Class Mail**

LEGAL MAIL

GEOVANNI DAVILA #54826-066
Federal Correctional Instututional Gilmer
P.O. Box 6000
Glenville, WV. 26351

Mary E. D'Andrea, Cleark
United States District Court
P.O. Box 983
Harrisburg, Pa. 17108-0983

