IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 1: CR-01-018** |
| **v.** | |
| **GEOVANNI DAVILA** | |

## O R D E R

**IT IS HEREBY ORDERED THAT** the notice of appeal filed on February 9, 2006 is deemed timely filed.

                                        s/Sylvia H. Rambo
                                        SYLVIA H. RAMBO
                                        United States District Judge

Dated: March 3, 2006.