March 29th, 2006

Re: Geovani Davila #54826-066
FCI-Gilmore P.O. Box 6000 C-1
Glenville, W.Va #26351

Case No. CR. NO. 1 CR-01-
015

US vs Davila

To: Clerk's Office
U.S. District Court
Middle District of Pennsylvania
P.O.B. 983 Harrisburg, Pa. #17108-0983

**FILED**
HARRISBURG, PA
APR 0 3 2006
MARY E. D'ANDREA, CLERK
Per _____

Dear Clerk of the Court:

On March 3rd 2006, the U.S. Attorney Thomas A Marino filed a response to the courts order of Feb 28th 2006. In his motion he agreed the defendant/petitioner Geovan Davila should be permitted to pursue his appeal of his denial of his 2255 habeas corpus petition.

As of this date I've not received a final written order of the court!!

Further, I qualified for forma-pauperis standing in this instant case; I need certain court documents to prepare my appeal. 1. Copy of the court transcripts of my hearing concerning the 2255 petition held on November 30th, 2005.

2. Copy of the Autopsy Report that the U.S. Attorney used at my original Sentence hearing on or about Feb 8th, 2002. Said Report was submitted by the U.S. witness a Autopsy Specialist.

3. Any and all motions submitted by the U.S. Attorney or my court appointed Attorney Dennis E Boyle.

4. I Also believe the Court should provide legal counsel to assist me in preparing my appeal of my denial of my habeas corpus 2255 motion.

Sincerely,
Geovani Davila
Geovani Davila #54826-066



Geovanni Davila #48726-066
Federal Correctional Inst- Gilmer
P.O. Box 6000 C.I #1166
Glenville, W. Va. 26351-6000

Special-Mail
"Legal Mail"

Legal mail

Mary E. D'Andrea, Clerk
United States District Court
P.O. Box 983
Harrisburg, PA 17108-0983