DATE: 6-12-06

IN THE U.S. DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
SCRANTON

JUN 19 2006

PER ____
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR: No: 1:Cr-01-018 |
| | ) | MOTION FOR EXTENSION OF TIME |
| v. | ) | TO FILE APPEAL DENYING 28 U.S.C. §2255 |
| | ) | MOTION FOR APPOINTMENT OF COUNSEL |
| DAVILA GEOVANI, | ) | for indigent appellant. |

COMES NOW, the Appellant Geovani Davila, a prisoner incarcerated at FCI Gilmer, Glenville, West Virginia who petitions this Honorable Court to allow him extension of time to file a appeal to his denial of 28 U.S.C. §2255; further:

On December 6th, 2005, Appellant/Petitioner was informed by his attorney Dennis E. Boyle that he could no longer represent him, so Appellant remains without counsel.

Finally, Appellant/Petitioner has no funds nor financial means to pay for competent representation and respectfully files this motion pursuant to **Rule 4** of the Federal Rules of Appellate Procedure for appointment of counsel to represent Defendant/Appellant/Petitioner in his appeal of denial of Certificate of Appealability.

Respectfully submitted,

Geovani Davila

Geovani Davila #54826-066
FCI Gilmer, P.O. Box 6000 C-1 #116
Glenville, WV. 26351-6000

Leonard Davik, 34826-066
Federal Correctional Inst-Bilmer
P.O. Box 6000 C-1 #-116 L
Blenville, W. VA #26351-6000

CLARKSBURG WV
14 JUN 2006

'Legal Mail'

RECEIVED
SCRANTON
JUN 19 2006
MARY E. D'ANDREA, CLERK
Per _____
DEPUTY CLERK

Clerk, U.S. District Court
Middle District of Pennsylvania
235 N. Washington Avenue
P.O. Box 1148
Scranton, P.A. 18501

18501+1148  E039