DATE: 6 - 12 - 06

# IN THE U.S. DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR: No: 1:Cr-01-018 |
| | ) | MOTION FOR EXTENSION OF TIME |
| v. | ) | TO FILE APPEAL DENYING 28 U.S.C. §2255 |
| | ) | MOTION FOR APPOINTMENT OF COUNSEL |
| DAVILA GEOVANI, | ) | for indigent appellant. |

COMES NOW, the Appellant Geovani Davila, a prisoner incarcerated at FCI Gilmer, Glenville, West Virginia who petitions this Honorable Court to allow him extension of time to file a appeal to his denial of 28 U.S.C. §2255; further:

On December 6th, 2005, Appellant/Petitioner was informed by his attorney Dennis E. Boyle that he could no longer represent him, so Appellant remains without counsel.

Finally, Appellant/Petitioner has no funds nor financial means to pay for competent representation and respectfully files this motion pursuant to **Rule 4** of the Federal Rules of Appellate Procedure for appointment of counsel to represent Defendant/Appellant/Petitioner in his appeal of denial of Certificate of Appealability.

Respectfully submitted,

*[signature]*
Geovani Davila #54826-066
FCI Gilmer, P.O. Box 6000 C-1 #116
Glenville, WV. 26351-6000

iovani Davila #54826-066
Federal Correctional Institution Gilmer
P.O. Box 6000
Glenville, WV. 26351

RECEIVED
JUN 19 2006

CLARKSBURG WV 26
14 JUN 2006 PM

U.S.M.S. X-RAY
U.S.M.S. X-RAY

Office of the Clerk-Legal Division
United States Court of Appeals
For the Third Circuit
21400 U.S. Courthouse
601 Market St.
Philadelphia, PA. 19106-1790

Legal Mail                                         Legal Mail

FCI Gilmer, P.O. Box 5000, Glenville, WV 26351

Date _____ 6-13 _____

"The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address."