IN THE U.S. DISTRICT COURT
MIDDLE DISTRICT OF
PENNSYLVANIA

UNITED STATES OF AMERICA,
       Plaintiff,

v.

GEOVANI DAVILA,
       Defendant.

CR. No.: 1-CR01-018

J. Rambo

FILED
HARRISBURG, PA

JAN 25 2007

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

MOTION TO MOVE FOR
REHEARING PURSUANT TO
THE FED. RULES OF PRODEDURE

COMES NOW THE DEFENDANT, GEOVANI DAVILA, PRO-SE, AND MOTION AS TO INCORPORATE FILING TO GRANT THIS HEARING:

1) The Defendant was granted a re-hearing in the 3rd Circuit Court of Appeals;

2) The Defendant had incorperated a motin to get transcripts of a 2255 hearing;

3) After waiting for a lengthy period, the Defendnat wrote to the Court Reporter, asking for such;

4) The Defendant did not receive a letter from the Court Repoter unitl October of 2006;

5) The Defendant responded to the Court Reporter;

6) At no fault to the Defendnat his re-hearing was denied on November 30, 2006.

Wherefore the Defendant prays that this Honorable Court grant him leave to return to said Court of Appeals, and for all other just and proper relief in the premises.

Geovani Davila
Geovani Davila