1:01-CR-018
J. Rambo

## MEMORANDUM IN SUPPORT OF MOTION

The Defendant in a timely and factual manner filed his motion with an incorpoated pleading of pauper status to receive said transcripts. Upon several written commueques to the Court Reporter (Attached are Exhibit of such) the Defendant replies and upon to no avail never received such from the Court.

Wherefore the Defendant has serious evidence under FRCP. That the Court of Appeals must and needs to examine failure is a violation of the Defendant's Constitutional Rights and due process, along with evidence that needs a clear critical examination.

Pursuant to 28 U.S.C. 1651 and that failure for this Honorable Court to do is not allowing a Evidentary Hearing before the 3rd Circuit Court of Appeals.

It was, however, no fault of the Defendant or the lack of him not trying to adhere to the rules of procedure, since the Defendant has followed FRP of motion requests and has not been completly familiar with such, praise upon the Court to grant his motion and Memorandum along with the Exhibits of facts of his honest and true attempt to abide by his court and the law.



Respecfully submitted,

*Geovani Davilia*

Geovani Davilia

### CERTIFICATE OF SERVICES

I, Geovani Davilia, hereby certify a copy of this motion was sent by regular U.S. Mail this __22__ day of __Jan__ 2007 at 228 Walnut St/Harrisburg, PA 17108

U.S. District Court
Middle District of Pennsylvania
U.S. Courthouse
228 Walnut Street
P.O. BOx 983
Harrisburg, PA. 17108

July 6, 2006

RE: U.S. vs. Geovani Davila
    CC. No. 01-cr0018 shr-all

Dear Clerk of Court:

   I am in need of all my transcripts for all of the proceedings in the above reffrenced cause.

   Please forward as soon as possible. I qualify under "Pauper" status in this matter.

                                        Sincerely *(signature)*

                                        Geovani Davila #54826-066
                                        FCI Gilmer
                                        PO Box 6000
                                        Glenville, WV. 26351

U.S. District Court
228 Walnut St
Harrisburg, PA 17108

    **RE: U.S. V. GEOVANI DAVILA**

Dear Court Reporter,   CASE# 1:01-CR018

    I am in need of status of when my transcripts which needs to be certified I have filed a motion with court for these. Attached you will find order from court of appeals showing my deadline, if said time is not enough I think maybe a letter with an Affadavit would make the letter to the court extend the time.

    I understand that you are very busy and that you will or may need additional time. If you would reply quickly to me, so that I may let the Court of Appeals know, I am very tense with short time.

    I eagerly await your reply.

                                            Sincerely yours,

                                            Geovani Davila
                                            Fed. Reg. No. 54826-066
                                            FCI Gilmer
                                            P.O. Box 6000
                                            Glenville, WV 26351

Ms. Lynn M. Lopez                                    November 6th, 2006
Case Manager
United States Court of Appeals
21400 U.S. Court House
601 Market Street
Philadelphia, PA 19106

    RE: U.S. v. DAVILA (Case No.: 06-15181)

Dear Ms. Lopez,

This is an update letter. Attached you will find a letter to Ms. Yinger about my transcript status. I am not trying to linger, but I have no control over time on what then ext step to take or right thing to do.

                                                Respectfully,

                                                Geovani Davila
                                                Fed. Reg. No. 54826-066
                                                F.C.I. Gilmer
                                                P.O. Box 6000
                                                Glenville, WV 26351-6000

WENDY C. YINGER, RPR, CRR<br>
Official Court Reporter<br>
228 Walnut Street, Federal Building<br>
P.O. Box 983<br>
Harrisburg, PA 17108-0983

Dear Mr. Davila

I am in receipt of your letter dated September 26, 2006, requesting a transcript of your 2255 hearing on 11/30/05. Please send me your district docket number and a copy of the order of court granting your in forma pauperis status.

Sincerely yours,

*Wendy C. Yinger*

Wendy C. Yinger, RPR, CRR

United States Dis. Court
228 Walnut St. Federal Bldg.
P.O. Box 983
Harrisburg, PA 17108-0983

Dear Ms. Yinger,

    Enclosed you will find a copy of the COurt's order granting the appeal. Records reflect incorporated with his motion for re-hearing.

    If any question please respond.


    Sincerly,


    _____
Geovani Davila
Fed. Reg. No. 54826-066
F.C.I. Gilmer
P.O. Box 6000
Glenville, WV 26351



Geovani Davila, 54826-066
Federal Correctional Institute Gilmer
P.O. Box 6000
Glenville, WV 26351

U.S. District Court
228 Walnut St
Harrisburg, PA 17108