Geovani Davila
Reg. No. 54826-066
P.O. Box 1600
Butner, NC 27509

October 15, 2007



FILED
HARRISBURG
OCT 19 2007
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

Clerk of the Court
U.S. District Court
228 Walnut St.
P.O. Box 983
Harrisburg, PA 17108

    RE: United States v. Davila, No. 06-1581 & CR-01-018
         NOTICE OF ADDRESS CHANGE AND REQUEST FOR STATUS OF CASE

Dear Clerk:

    I have been transferred to the Federal Medical Center at the above address. Would you please enter this new address as my current address and forward all mail to me here?

    Secondly, would you please inform me as to the status of my case? I would greatly apreciate your kind consideration in this matter. Thank you very much in advance.

                                     Sincerely,

                                     Geovani Davila

NAME Geovani Davila
NUMBER 54826-066    UNIT 3-B

FEDERAL MEDICAL CENTER
P.O. BOX 1600
BUTNER, NC 27509

TO: United States District Court
Middle District of Pennsylvania
U.S Court House
228 Walnut Street
P.O Box 983
Harrisburg, PA 17108

LEGAL MAIL