OFFICE OF THE CLERK

**MARCIA M. WALDRON**  
CLERK

UNITED STATES COURT OF APPEALS  
FOR THE THIRD CIRCUIT  
21400 UNITED STATES COURTHOUSE  
601 MARKET STREET  
PHILADELPHIA 19106-1790  
Website: http://www.ca3.uscourts.gov

TELEPHONE  
215-597-2995

__MDPA_____ Clerk of District Court         Date__January 28, 2008__  
(District)

In Re: Geovani Davila_____               C. of A. No.__07-4704__  
(Caption)

Geovani Davila_____  
(Appellant)

_____  
(D.C. No.)

Enclosures:

__January 28, 2008_____ Certified copy of C. of A. Order by the Court  
(Date)

_____ Released (Record) (Supplemental Record - First - Second - Third)

_____ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not released at this time until appeal(s) closed at No.(s)_____

_____ Please forward Certified List in Lieu of Record to this office.

_____ The certified copy of order issued as the mandate on _____ is recalled.

                                        __Lynn Lopez_____  (267)-299-__4922__  
                                        Deputy Clerk       Telephone Number

Receipt Acknowledge:

_____  
(Name)

_____  
(Date)  
(Certified List in Lieu of Record)       Rev. 3/13/00                    Appeals