IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Crim. No. 1:01-cr-018** |
| **v.** | : | |
| **GIOVANNI DAVILA** | : | **Judge Sylvia H. Rambo** |

## M E M O R A N D U M

Before the court is Giovanni Davila's motion for modification or reduction of sentence pursuant to 18 U.S.C. § 3582(c) and the retroactive application of Amendment 782 to the United States Sentencing Guidelines. (Doc. 147.) A previous motion pursuant to Amendment 782 was filed by Davila on March 27, 2015 (Doc. 134) and denied by this court on January 14, 2016 (Doc. 140). That motion was denied because Davila's guidelines were computed under U.S.S.G. § 2D1.1(a)(2) and not the Drug Quantity Table. Amendment 782 has no impact on the computation of the sentencing guidelines under U.S.S.G. § 2D1.1(a)(2). For the same reason, the instant motion will be denied.

s/Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge

Dated: June 20, 2019