IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA** : Crim. No. 1:01-cr-018
:
:
**v.** :
:
:
**GIOVANNI DAVILA** : **Judge Sylvia H. Rambo**

## **O R D E R**

**AND NOW**, this 20th day of June, 2019, **IT IS HEREBY ORDERED** that the motion for modification or reduction of sentence pursuant to 18 U.S.C. § 3582(c) and the retroactive application of Amendment 782 to the United States Sentencing Guidelines (Doc. 147) is **DENIED**. Any appeal taken from this order is deemed frivolous and not in good faith.

                                                      s/Sylvia H. Rambo
                                                      SYLVIA H. RAMBO
                                                      United States District Judge